# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 20-1455

———————————————

Larry W. Rader

*Plaintiff - Appellant*

v.

Ally Financial, Inc.

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: August 25, 2020
Filed: August 28, 2020
[Unpublished]

——————————

Before LOKEN, GRUENDER, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Larry Rader appeals after the district court[1] dismissed his case for lack of subject matter jurisdiction. Having carefully reviewed the record, we conclude that

———————————————

[1]The Honorable Nancy E. Brasel, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota.

Rader failed to establish either diversity or federal question jurisdiction. *See Midland Psychiatric Assocs. v. United States*, 145 F.3d 1000, 1002 (8th Cir. 1998) (reviewing the dismissal for lack of subject matter jurisdiction de novo). Additionally, we find no merit to Rader's argument that the district court abused its discretion in denying his motion to compel. *See Toben v. Bridgestone Retail Operations, LLC*, 751 F.3d 888, 895 (8th Cir. 2014) (stating that district courts have wide discretion in handling discovery matters). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____